UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS CONTRERAS,                             :
                          Plaintiff,        :
                                            :
v.                                          :
                                            :
GM6 RESIDENTIAL SERVICES, LLC; MM           :
RESIDENTIAL SERVICES LLC; and               :
GIOVANNA POCCIA,                            :
                          Defendants.       :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/19

**ORDER**

18 CV 12148 (VB)

On May 22, 2019, the parties in this Fair Labor Standards Act case filed a settlement agreement (Doc. #23-1). The parties have filed a joint statement explaining the basis for the agreement (Doc. #21), as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The Court has considered the following factors: (i) the parties' positions as to the proper valuation of plaintiff's claims; (ii) the risks and costs of continuing to litigate; (iii) that plaintiff is represented by counsel; (iv) the parties' participation in the Court's mediation program; (v) that plaintiff is receiving a significant portion of the estimated unpaid wages claimed to be owed; (vi) that in addition, plaintiff is receiving releases from two housing court judgments worth approximately $23,000 in total; and (vii) that the agreement does not contain a confidentiality clause.

Based on the foregoing, the Court finds that the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

Additionally, the Court finds the attorneys' fees, which are one-third of the recovered amount, to be fair and reasonable under the circumstances.

## CONCLUSION

The parties' settlement agreement (Doc. #23-1) is APPROVED, and the case is

DISMISSED WITH PREJUDICE.  All scheduled court appearances are cancelled.  Any pending

motions are moot.

The Clerk is instructed to close this case.

Dated: May 23, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge